**FILED**

JAN 15 2019

Clerk, U.S. District Court
Texas Eastern



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Craig Cunningham
3000 Custer Road
Ste. 270-206
Plano, TX 75075

9590 9402 4114 8092 8229 28

2. Article Number (Transfer from service label)

7018 0680 0000 0546 8360

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Christine EM Sorenson
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Christine EM Sorenson

C. Date of Delivery
1/12/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

4:18 CV 747
Order [76]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt