UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, Plaintiff, <br><br> v. <br><br> Jeff Lakes et al <br><br> Defendant | § § § § § § § § § | 4:18-cv-00747 <br><br> **FILED** <br> FEB 2 2 2019 <br> Clerk, U.S. District Court <br> Texas Eastern |

**Plaintiff's Motion for ECF Notices in this case**

1. To the Honorable US District Court:

2. The Plaintiff wishes to receive ECF notices at projectpalehorse@hushmail.com in this case going forward

*Craig Cunningham*
Plaintiff,                    2/21/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Jeff Lakes, et al Defendant | § § § § § § § § § § § | 4:18-cv-00747 |
|---|---|---|

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was mailed and emailed to the defendants of record in this case.

Craig Cunningham
Plaintiff,                2/21/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075