# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-747 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| JEFF LAKES, ET AL. § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal of Defendants National Consolidated Services, LLC and Chandler Construction, LLC and Leave for Plaintiff to File Second Amended Complaint, filed in this matter by Plaintiff Craig Cunningham and Defendants Jeffrey Lakes, Ramsey Debt Relief, also known as Ramsey Services, LLC, National Consolidated Services, LLC and Chandler Construction, LLC ("Joint Stipulation") (Dkt. #37). After considering the Motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants National Consolidated Services, LLC, Ramsey Debt Relief, also known as Ramsey Services, LLC, and Chandler Construction, LLC are hereby dismissed.  Plaintiff's claims against Defendants Jeffrey Lakes and Cori Marx remain.  It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, pursuant to Fed. R. Civ. P. 15(a)(2), shall have ten (10) days from the date of the Joint Stipulation to file the Second Amended Complaint attached to the Joint Stipulation of Dismissal.

**SIGNED this 9th day of April, 2019.**

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE