IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-00747-ALM-CAN |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF LAKES; RAMSEY FINANCIAL | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE THE HEARING
FOR DEFENDANTS' MOTION TO COMPEL**

Defendants Jeffrey Lakes ("Lakes") and Ramsey Financial Services, LLC ("Ramsey") (collectively, "Defendants") and Plaintiff Craig Cunningham ("Cunningham") hereby submit this Notice of Settlement notifying the Court that Plaintiff and Defendants have agreed to enter into a settlement of this action.  The Parties will file a joint Stipulation of Dismissal with prejudice as soon as they have a fully-executed agreement, which the parties expect to occur shortly.

WHEREAS the Court has set a Hearing on Lakes' Motion to Compel in this action for May 30, 2019 at 2:30 p.m.;

NOW THEREFORE, the Parties respectfully request that in light of the settlement, the Court vacate the Hearing on the Motion to Compel.

DATED:  May 29, 2019

RESPECTFULLY SUBMITTED:

/s/ Sharon A. Urias
Sharon A. Urias
AZ Bar No. 016970 – *Pro Hac Vice Admission*
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Ste. 700
Scottsdale, AZ 85255
Telephone: 480.306.5458
Fascimile: 480.306.5459
Email: sharon.urias@gmlaw.com

***Attorneys for Defendants Jeffrey Lakes and Ramsey Financial Services, LLC***

/s/ Craig Cunningham (with permission)
Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX  75075
projectpalehorse@hushmail.com

***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX  75075
projectpalehorse@hushmail.com
*Pro Se* Plaintiff

/s/ Rachell Chuirazzi