IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>          Plaintiff,<br><br>v.<br><br>JEFF LAKES; RAMSEY FINANCIAL SERVICES, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)  Case No. 4:18-CV-00747-ALM-CAN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Defendants Jeffrey Lakes ("Lakes") and Ramsey Financial Services, LLC ("Ramsey") (collectively, "Defendants") and Plaintiff Craig Cunningham ("Cunningham") hereby stipulate and agree to the dismissal of this action, <u>with prejudice</u>, with each party bearing its own attorneys' fees and costs.

DATED:  June 28, 2019

RESPECTFULLY SUBMITTED:

/s/ Sharon A. Urias
Sharon A. Urias
AZ Bar No. 016970 – *Pro Hac Vice Admission*
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Ste. 700
Scottsdale, AZ 85255
Telephone: 480.306.5458
Fascimile: 480.306.5459
Email: sharon.urias@gmlaw.com

*Attorneys for Defendants Jeffrey Lakes and Ramsey Financial Services, LLC*

-1-

-2-

/s/ Craig Cunningham (with permission)
Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX 75075
projectpalehorse@hushmail.com

*Pro Se Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX 75075
projectpalehorse@hushmail.com
*Pro Se* Plaintiff

/s/ Rachell Chuirazzi