# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:18-CV-747 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| JEFF LAKES, ET AL. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration Plaintiff Craig Cunningham ("Plaintiff") and Defendants Jeffrey Lakes and Ramsey Financial Services, LLC's (collectively, "Defendants") joint "Stipulation for Dismissal of Action with Prejudice," wherein the Parties stipulate to the dismissal of Plaintiff's case, and all claims alleged against Defendants, with prejudice (Dkt. #53).  The Court, having considered the Motion, determines that the Motion should be **GRANTED**.  It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.  It is further,

**ORDERED, ADJUDGED, AND DECREED** that each Party shall bear his or its own costs and attorney fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.
**SIGNED this 3rd day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE